# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1199.  ROBERT HODGES v. THE STATE.**

Robert Hodges pled guilty to second-degree burglary, and the Fulton County Superior Court entered his sentence on April 10, 2017.  On May 31, 2017 – after the term of court in which his sentence was entered had ended, see OCGA § 15-6-3 (3) – Hodges filed a pro se notice of appeal.[1]  We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Hodges's notice of appeal was untimely filed 51 days after his sentence was entered.  Consequently, we lack jurisdiction over this untimely appeal, which is hereby DISMISSED.

Because Hodges was represented by counsel before the trial court, he is informed of the following in accordance with *Rowland*, 264 Ga. at 875-876 (2): This appeal has been dismissed because you failed to file a proper and timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial

---

[1] Hodges's notice of appeal is dated May 9, 2017, but was not filed in the trial court until May 31, 2017.

court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is DIRECTED to send a copy of this order to Hodges and to his attorney, and the latter also is DIRECTED to send a copy to Hodges.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 02/12/2020 *
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*